IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **CELLCO PARTNERSHIP, a Delaware partnership, d/b/a VERIZON WIRELESS,** § § § § | |
| Petitioner § | |
| v. § | |
| § | **CASE NO. : 3:23-cv-00913-DRL-MGG** |
| **CITY OF ELKHART BOARD OF ZONING APPEALS,** § § | |
| Respondent. § | |

## ORDER

Upon the stipulation of the parties, it is HEREBY ORDERED that the Judgment remanding this matter to the City of Elkhart Board of Zoning Appeals (Doc.42) is stayed pending the determination of Petitioner's anticipated Rule 59 motion. Further proceedings in the BZA are hereby stayed and the deadline to issue a TCA-complaint decision is hereby adjourned until further order of the Court.